

# United States District Court
# Eastern District of California

| Pamela Chessman, et al. | Case Number: 2:21-CV-01322-TLN-AC |
|---|---|

Plaintiff(s)

V.

| Zamias Services, Inc., et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Alexander L. Holmquist** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Zamias Services, Inc.**

On **11/14/2012** (date), I was admitted to practice and presently in good standing in the **Commonwealth of Pennsylvania** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **07/28/2021**     Signature of Applicant: /s/ **Alexander L. Holmquist**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Alexander L. Holmquist |
| Law Firm Name: | Robert O Lampl Law Office |
| Address: | 223 Fourth Avenue, 4th Floor |
| City: | Pittsburgh   State: PA   Zip: 15222 |
| Phone Number w/Area Code: | (412) 392-0330 |
| City and State of Residence: | Pittsburgh, Pennsylvania |
| Primary E-mail Address: | aholmquist@lampllaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sean M. Speciale |
| Law Firm Name: | Spinelli, Donald & Nott |
| Address: | 601 University Avenue, Suite 225 |
| City: | Sacramento   State: CA   Zip: 95825 |
| Phone Number w/Area Code: | (916) 448-7888   Bar # 329368 |

**ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 07/28/21

_____
JUDGE, U.S. DISTRICT COURT



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Alexander Lincoln Holmquist, Esq.

#### DATE OF ADMISSION

**November 14, 2012**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 2, 2021**

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk