**SPINELLI, DONALD & NOTT**
A Professional Corporation
ROSS R. NOTT (State Bar No. 172235)
SEAN M. SPECIALE (State Bar No. 329368)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
ZAMIAS SERVICES, INC.

**ROBERT O LAMPL LAW OFFICE**
ROBERT O LAMPL, *PRO HAC VICE*
JAMES R. COONEY, *PRO HAC VICE*
ALEXANDER L. HOLMQUIST, *PRO HAC VICE*
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Telephone: (412) 392-0330
Facsimile: (412) 392-0335

Attorneys for Defendant
ZAMIAS SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHESSMAN, JOSEPH LARA-JOHNSON, EDWARD COSTILLA, NICHOLAS MICHELSEN, ROBERT CATHEY, ANTHONY LUCAS, and OMAR SERRANO,<br><br>Plaintiffs,<br><br>v.<br><br>ZAMIAS SERVICES, INC., a Pennsylvania corporation; BON AVIV INVESTMENTS, INC., a New Jersey corporation; and Does 1-15,<br><br>Defendants. | No. 2:21-cv-01322-TLN-AC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT ZAMIAS SERVICES, INC.** |

1

RULE 7.1 – CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Zamias Services, Inc., by and through its undersigned attorneys, represents that it does not have a parent company and is not owned by a publicly held corporation.

                                      Respectfully Submitted,

DATED: August 9, 2021                */s/ Alexander L. Holmquist*
                                              Alexander L. Holmquist
                                              Attorney for Defendant
                                              ZAMIAS SERVICES, INC.

## **PROOF OF SERVICE**

I, Alexander L. Holmquist, hereby certify that on the 10th day of August, 2021, I served true and correct copies of the foregoing **Corporate Disclosure Statement** upon the following:

Via First Class U.S. Mail and Email:

>Allan F. Jose
>Law Offices of Allan F. Jose
>4362 Yacht Harbor Drive
>*joselawoffices@yahoo.com*
>Attorney for Plaintiffs

>Thomas M. McInerney
>Paul M. Smith
>One Embarcadero Center, Suite 900
>San Francisco, CA 94111
>*thomas.mcinerney@ogletree.com*
>*paul.smith@ogletreedeakins.com*
>Attorneys for BAI Park Place LP

>  */s/ Alexander L. Holmquist*  
>  Alexander L. Holmquist