UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHESSMAN, et al., | No. 2:21-cv-01322-TLN-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| ZAMIAS SERVICES, INC., et al., | |
| Defendants. | |

This matter is before the Court on Defendant Zamias Services, Inc.'s ("Defendant") Partial Motion to Dismiss and/or Strike. (ECF No. 11.) Plaintiffs Pamela Chessman, Joseph Lara-Johnson, Edward Costilla, Nicholas Michelsen, Robert Cathey, Anthony Lucas, and Omar Serrano's (collectively, "Plaintiffs") filed a non-opposition. (ECF No. 15.) For the reasons set forth in the parties' briefing, the Court GRANTS Defendant's motion. (ECF No. 11.) Plaintiffs' claim for violation of California's Unfair Competition Law (Claim Five) is DISMISSED. As noted in the parties' joint status report, Plaintiffs intend to file an amended complaint to delete Claim Five and also to reflect the proper name of Defendant Bon Aviv, Inc. (ECF No. 18 at 3.) As such, the Court grants leave to amend. Plaintiffs shall file an amended complaint not later than thirty (30) days from the electronic filing date of this Order. Defendants' responsive pleading is due not later than twenty-one (21) days thereafter.

///

1

1   IT IS SO ORDERED.

2   Date:  October 19, 2021

Troy L. Nunley
United States District Judge